UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Taurina Bonilla Peralta, et al.,

                Plaintiffs,

     –v–                                 19-cv-6762 (AJN)

Divya Drishti LLC, et al.,                  ORDER

                Defendants.

ALISON J. NATHAN, District Judge:

       In an Order dated May 8, 2020, the Court directed the parties to meet and confer to discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the assigned Magistrate Judge. Dkt. No. 28. The deadline to file a joint letter advising the Court that the parties do not consent was June 15, 2020, *see* Dkt. Nos. 28, 29, but the Court is not in receipt of either a consent form or joint letter.

       The parties are hereby ordered to file either an executed consent form or a joint letter, as described in the Court's May 8, 2020 Order, on or before July 13, 2020. The parties are reminded that they are free to withhold consent without negative consequences.

       SO ORDERED.

Dated: July 2, 2020
       New York, New York

                                              ALISON J. NATHAN
                                              United States District Judge